IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITIGROUP GLOBAL MARKETS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV670 |
| v. | ) ) | |
| ALAN JOHNSON, | ) ) | ORDER |
| Defendant. | ) ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for temporary restraining order (Filing No. 4).  Accordingly,

IT IS ORDERED that a hearing on said motion is scheduled for:

**Wednesday, October 25, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 20th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court