IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITIGROUP GLOBAL MARKETS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV670 |
| v. | ) ) | |
| ALAN JOHNSON, | ) ) | ORDER |
| Defendant. | ) ) | |

      This matter is before the Court on plaintiff's motion requesting withdrawal of Exhibits 20 and 21(a) through (e) (Filing No. 23). The parties have stipulated to the withdrawal of said exhibits (Filing No. 24). Accordingly,

      IT IS ORDERED that plaintiff's motion to withdraw exhibits is granted. Plaintiff may withdraw and maintain said exhibits pursuant to its current document retention program.

      DATED this 7th day of November, 2006.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court