IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
CITIGROUP GLOBAL MARKETS,     )
INC.,                         )
                              )
          Plaintiff,          )         8:06CV670
                              )
     v.                       )
                              )
ALAN JOHNSON,                 )         ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for stay pending arbitration (Filing No. 27). The Court notes no objection has been filed thereto. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; this action is stayed. The parties shall notify the Court when the arbitration is concluded. Any pending motions are denied as moot.

DATED this 26th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court