```
        IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

CITIGROUP GLOBAL MARKETS,   )
INC.,                       )
                            )
            Plaintiff,      )         8:06CV670
                            )
       v.                   )
                            )
ALAN JOHNSON,               )            ORDER
                            )
            Defendant.      )
_____)
```

This matter is before the Court on plaintiff's notice of dismissal (Filing No. 31). Pursuant thereto,

IT IS ORDERED that this action is dismissed.

DATED this 3rd day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court